QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Dominic Surprenant (Bar No. 165861)
  A. Brooks Gresham (Bar No. 155954)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
dominicsurprenant@quinnemanuel.com
abrooksgresham@quinnemanuel.com

Attorneys for Defendant
Sprint Nextel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly-situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, a Kansas Corporation,<br><br>    Defendant. | Case No.: C 06 7587 SC<br><br>CLASS ACTION<br><br>JOINT STIPULATION EXTENDING TIME FOR SPRINT NEXTEL TO RESPOND TO THE COMPLAINT TO FEBRUARY 12, 2007 |

1006/2030140
.1

Case No.: CV 06-7463

JOINT STIPULATION EXTENDING TIME FOR SPRINT NEXTEL TO RESPOND TO THE
COMPLAINT TO FEBRUARY 12, 2007.

1  WHEREAS, Plaintiff alleges that defendant Sprint Nextel Corporation ("Defendant") was served with the complaint on or about December 18, 2006, and Defendant's response would be due on or about January 8, 2007.

WHEREAS, in light of staff unavailability during the holidays, and in order to avoid prejudice to Defendant, the parties hereby stipulate, without admission as to the propriety or adequacy of service, and without prejudice to the claims or defenses of any party, that Defendant shall file and serve any pleadings responsive to the complaint on or before February 12, 2007.

Dated: January 8 2007          TERRY M. GORDON

By: _____
Terry M. Gordon
Attorneys for Plaintiff

Dated: January 8 2007          QUINN EMANUEL URQUHART
                               OLIVER & HEDGES, LLP


By: _____
A. Brooks Gresham
Attorneys for Defendant
Sprint Nextel Corporation



IT IS SO ORDERED
Judge Samuel Conti

Case No.: CV 06-7463

**JOINT STIPULATION EXTENDING TIME FOR SPRINT NEXTEL TO RESPOND TO THE COMPLAINT TO FEBRUARY 12, 2007.**