JOHN BLIM (PRO HAC VICE)
john@blimlaw.com
JAY EDELSON (PRO HAC VICE)
MYLES MCGUIRE (Of Counsel) (PRO HAC VICE)
BLIM & EDELSON, LLC
53 West Jackson Boulevard, Suite 1642
Chicago, Illinois 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401

JOHN G. JACOBS (PRO HAC VICE)
jgjacobs@thejacobslawfirm.com
BRYAN G. KOLTON (PRO HAC VICE)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

TERRY M. GORDON - SBN 75604
tgordon@tgordonlaw.com
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 317
Sausalito, California  94965
Telephone:     (415) 331-3601
Facsimile:      (415) 331-1225

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIZA VALDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation<br><br>Defendant. | Case No.  C 06 7587 SC<br><br>STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Judge:   The Hon. Samuel Conti<br>Date:     March 23, 2007<br>Time:    10:00 a.m.<br>Crtrm.:  1, 17th Floor<br>Complaint Filed:  December 12, 2006 |

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER
Case No. C 06 7587 SC

Plaintiff Aliza Valdez ("Valdez") and Defendant Sprint  Nextel Corporation ("Sprint") by and through their counsel, hereby stipulate to the following:

WHEREAS, on March 2, 2007, the parties filed a Stipulation and Proposed Order selecting private mediation, and by this Court's Order entered March 5, 2007, the parties have been directed to complete that  mediation within 90 days.  The parties intend to conduct a mediation within the next 60 days.  Sprint has agreed to provide informal discovery during this time period so that Plaintiff can fully evaluate her settlement position;

WHEREAS, the Court's Case Management Conference is scheduled for March 23, 2007; and

WHEREAS on March 16, 2007, the parties  filed their Joint Rule 26(F) Report Case Management Conference Statement and Proposed Case Management Order, in which they stated:

1) The parties strongly believe that this matter can and will be resolved through an early mediation.  The parties have agreed to exchange information before the mediation (in particular, billing data and other information from Sprint) as well as to confirmatory discovery, if a settlement is reached, after the mediation. Therefore, the parties have agreed to temporarily suspend the formal initial disclosure requirements until after a mediation is scheduled or until one of the parties decides that it wishes to go forward with initial disclosures; and

2) Because the parties are engaging in private mediation and because they are optimistic that such mediation efforts will be successful, they suggest that this hearing be postponed until May of 2007; and

WHEREAS, in view of the foregoing agreements among counsel, including Sprint's commitment to voluntarily make disclosures sufficient to enable Plaintiff to "fully evaluate her settlement position" and the stated joint belief of the parties that the mediation efforts "will be successful", a Case Management Conference next week would not be an efficient or

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**
**Case No. C 06 7587 SC**

1  productive use of this Court's heavy docket and it is in the interest of both judicial economy

2  and the parties' resources to continue the initial Case Management Conference until late

3  May, 2007.

4          NOW THEREFORE, THE PARTIES AGREE AS FOLLOWS;

5          The parties jointly request that the Court continue the initial Case Management

6  Conference for at least sixty (60) days to enable the parties to engage in the mediation to

7  which they have agreed.

8          IT IS SO STIPULATED.

9                          QUINN EMANUEL URQUHART OLIVER
                              & HEDGES
10

11

12  Dated:  March 16, 2007          By  /s/ Michael T. Lifrak
                                       DOMINIC  SURPRENANT
                                       MICHAEL T. LIFRAK
13                                     Attorneys for Defendant Sprint Nextel Corp.

14

15                          LAW OFFICES OF TERRY M. GORDON

16

17

18  Dated:  March 16, 2007          By:  /s/ Terry M. Gordon
                                       TERRY M. GORDON
19                                     One of the Attorneys for ALIZA VALDEZ,
                                       individually and on behalf of a class of similarly
20                                     situated individuals

21

22

23

24

25

26

27

28

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**
**Case No. C 06 7587 SC**

3

1      PURSUANT TO THE PARTIES' STIPULATED REQUEST, IT IS HEREBY

2  ORDERED as follows:

3      1.    The Court's Case Management Conference is rescheduled to

4  _____ June 29 _____, 2007, at 10:00 a.m.

5

6  Dated: _____ 3/19/07 _____          _____

7                                          The Honorable Samuel Conti
                                           United States District Court Judge

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER